**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 86-00081-PHX-RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| SHELDON PLAYER, | ) | |
| | ) | |
| Defendant. | ) | |

Currently pending before the court is a Motion to Compel by William A. Brandt, Jr. ("Brandt"), solely in his capacity as the Plan Administrator of Equipment Acquisition Resources, Inc. ("EAR") (Doc. 42), debtor in a Chapter 11 bankruptcy proceeding. In that capacity, Mr. Brandt is moving to compel "the Clerk of the United States District Court for the District of Arizona to disclose the recipients of the funds from a June 6, 2008 restitution paid by EAR in the amount of $46,265.99." Id. at 1:18-20.

The United States' Response, wherein it explains that "the final restitution distribution was made to Finova [Capital Corporation][,]" renders moot this motion to compel. See Resp.

(Doc. 44) at 3:3-4.  Accordingly, the court hereby ORDERS that:

(1) Brandt's Motion to Compel (Doc. 42) is DENIED as moot.

DATED this 12th day of September, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to all counsel of record and Sheldon Player